IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

BRIAN HOUSEHOLDER

Criminal No. 20-347
**[UNDER SEAL]**

### ARRAIGNMENT PLEA

Defendant BRIAN HOUSEHOLDER

being arraigned, pleads _____

in open Court this _____ day of

_____ , 20 _____

_____
(Defendant's Signature)

_____
(Attorney for Defendant)