*CR 20·347*

<u>CRIMINAL CASE INFORMATION SHEET</u>

Pittsburgh ___X___          Erie _____          Johnstown _____

Related to No. _____    Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:  1.  ____ Narcotics and Other Controlled Substances
           1a.  _X_ Narcotics and Other Controlled Substances
                     (3 or more Defendants)
           2.  ____ Fraud and Property Offenses
           2a. ____ Fraud and Property Offenses
                     (3 or more Defendants)
           3.  ____ Crimes of Violence
           4.  ____ Sex Offenses
           5.  ____ Firearms and Explosives
           6.  ____ Immigration
           7.  ____ All Others

Defendant's name:                Brian Householder

Is indictment waived:            ____ Yes      _X_ No

Pretrial Diversion:              ____ Yes      _X_ No

Juvenile proceeding:             ____ Yes      _X_ No

Defendant is:                    _X_ Male      ____ Female

Superseding indictment or information  ____ Yes      _X_ No

                    Previous case number: _____

If superseding, previous case was/will be:

        _____ Dismissed on defendant's motion
        _____ Dismissed on governments' motion
        _____ After appellate action
        _____ Other (explain)

County in which first offense cited
occurred:            Washington County

Previous proceedings before
Magistrate Judge:    _____

        Case No.:    _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S.
custody began:                         _____

Defendant:                    _____ is in custody    __X__ is not in custody

Name of Institution:                   _____

Custody is on:                _____ this charge      _____ another charge

                                    _____ another conviction

                              _____ State           _____ Federal

Detainer filed:               _____ yes             _____ no

Date detainer filed:                   _____

Total defendants:             __21__

Total counts:                 __4__

Data below applies to defendant No.:   __8__

Defendant's name:             Brian Householder _____

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|-------|-----------|---------|--------|-------------|
| 1 | 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute 5 kilograms or more of cocaine. | X | |

FORFEITURE ALLEGATIONS

I certify that to the best of my knowledge the above entries are true and correct.

DATE:   November 13, 2020 _____        s/Mark V. Gurzo _____
                                          MARK V. GURZO
                                          Assistant U.S. Attorney
                                          MD ID No. 20794